Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14200−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Salvatore Caravello Jr.                 Tara Caravello
   540 Bryn Mawr Drive                 540 Bryn Mawr Drive
   Brick, NJ 08723                      Brick, NJ 08723

Social Security No.:
   xxx−xx−2932                           xxx−xx−9602

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on May 20, 2021 and a confirmation hearing on such Plan has been scheduled for July 14, 2021.

The debtor filed a Modified Plan on July 13, 2021 and a confirmation hearing on the Modified Plan is scheduled for August 25, 2021 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 13, 2021
JAN: wdr

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Salvatore Caravello, Jr.  
Tara Caravello  
    Debtors

Case No. 21-14200-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 186 | Total Noticed: 55 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Salvatore Caravello, Jr., Tara Caravello, 540 Bryn Mawr Drive, Brick, NJ 08723-5012 |
| 519216990 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519257584 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519217002 | + | Comenity/BJS, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217008 | + | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519217007 | | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519217010 | + | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519247029 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519261200 | + | Legacy Vacation Club, 4700 Millenia Blvd, 6th Floor, Orlando, FL 32839-6021 |
| 519217018 | | Nissan Motor Acceptance Corp/Infiniti, c/o Vital Recovery Services, LLC, PO Box 923747, Norcross, GA 30010-3747 |
| 519217017 | + | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 519217016 | + | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519217024 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 13 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 13 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519219230 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 13 2021 20:30:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519216988 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2021 20:29:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519216989 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 13 2021 20:30:00 | American Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 519216992 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 20:40:44 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216993 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 13 2021 20:40:39 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 519221837 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 13 2021 20:40:48 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519255308 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 13 2021 20:40:48 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |

| Recipient ID | | Method/Address | Date/Time | Name/Address |
|---|---|---|---|---|
| 519244884 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 13 2021 20:40:48 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519216997 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 20:40:44 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519216996 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 20:40:48 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519216999 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 20:29:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 519216998 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 20:29:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519217001 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 20:30:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519217000 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 20:29:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217003 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 20:30:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217004 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 20:30:00 | Comenity/MPRC, Po Box 182120, Columbus, OH 43218-2120 |
| 519217006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 20:30:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519217005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 20:30:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519217009 | + | Email/Text: bankruptcy@firstelectronic.com | Jul 13 2021 20:30:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519217011 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 13 2021 20:29:00 | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 519217013 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 13 2021 20:29:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519216994 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 13 2021 20:40:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519216995 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 13 2021 20:40:39 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519217014 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2021 20:29:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519217015 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2021 20:29:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519217021 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2021 20:29:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519217022 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2021 20:29:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519217019 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2021 20:29:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519217020 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2021 20:29:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519257522 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 20:40:47 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519234397 | | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2021 20:30:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519217023 | + | Email/Text: DeftBkr@santander.us | Jul 13 2021 20:30:00 | Santander, PO Box 12646, Reading, PA 19612-2646 |

| Recip ID | Bypass | Email/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519217026 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 20:40:42 | Syncb/HSN, Po Box 965017, Orlando, FL 32896-5017 |
| 519217025 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 20:40:42 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519218485 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 20:40:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519217027 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 20:40:38 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519217028 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 20:40:42 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519217029 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 20:40:42 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519217030 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 20:40:42 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519217031 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 20:40:38 | Synchrony Bank/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519217012 | | Greensky Llc |
| 519216991 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 519261201 | *+ | Legacy Vacation Club, 4700 Millenia Blvd, 6th Floor, Orlando, FL 32839-6021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Fifth Third Bank  National Association lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 186 | Total Noticed: 55 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Salvatore Caravello  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

William H. Oliver, Jr.
    on behalf of Joint Debtor Tara Caravello courtdocs@oliverandlegg.com  R59915@notify.bestcase.com

TOTAL: 6