| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Salvatore Caravello, Jr.<br>Tara Caravello<br><br><br>Debtor(s) | Case No.: 21-14200 / MBK<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

### TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim of Exemptions the reason(s) set forth below:

**The trustee is unable to determine the veracity of the amended schedules B & C until a value is provided for the KZ-Sportsmen trailer and the timeshare.**

Dated:  August 12, 2021

/s/ Albert Russo
Albert Russo, Standing Chapter 13 Trustee
By:  Erik Collazo, Staff Attorney