| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
|---|---|
| William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on December 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Salvatore Caravello, Jr.<br>Tara Caravello,<br><br>               Debtors | Case No.: 21-14200<br><br>Hearing Date: December 8, 2021 @ 9am<br><br>Chapter: 13<br><br>Judge: MBK |

## ORDER MODIFYING PROOF OF CLAIM #5
## OF CAPITAL ONE AUTO FINANCE

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: December 10, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:     Salvatore Caravello, Jr. and Tara Caravello
Case No.    21-14200

Page 2

This matter having been opened to the Court by William H. Oliver, Jr. and the Law Offices of Oliver & Legg, LLC, attorneys for the Debtors, on an Objection to Claim #5 of the Capital One Auto Finance and the Court having considered the pleadings in this matter, the argument of counsel and for good cause shown, it is

**ORDERED** that:

1. Proof of Claim #5 of Capital One Auto Finance shall be **MODIFIED** to a secured claim; and

2. Proof of Claim #5 of Capital One Auto Finance is hereby modified to $22,378.89 at 3.78% for a total repayment of $24,595.00; and

3. A copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __7__ days of the date hereof.