| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 21-14200 / MBK

Salvatore Caravello, Jr.  
Tara Caravello

Petition Filed Date: 05/20/2021  
341 Hearing Date: 06/17/2021  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2021 | $515.00 | 77035720 | 07/06/2021 | $515.00 | 77831780 | 08/03/2021 | $515.00 | 78545820 |
| 08/30/2021 | $515.00 | 79117220 | 10/01/2021 | $515.00 | 79795540 | 11/01/2021 | $515.00 | 80499090 |
| 12/02/2021 | $515.00 | 81154370 | 01/04/2022 | $515.00 | 81874470 | 01/31/2022 | $515.00 | 82395870 |

**Total Receipts for the Period: $4,635.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,635.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Salvatore Caravello, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $4,750.00 | $0.00 | $4,750.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | AMERICAN HONDA FINANCE<br>»»  2021 HONDA PILOT/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT<br>»»  FIRST ELECTRONIC BANK | Unsecured Creditors | $3,005.29 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,072.51 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,740.68 | $0.00 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  2015 CHEVROLET SILVERADO 1500/ORDER 12/10/21 | Debt Secured by Vehicle | $24,595.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GM | Unsecured Creditors | $269.48 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $2,563.10 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $597.54 | $0.00 | $0.00 |
| 9 | PNC Bank, N.A.<br>»»  P/540 BRYN MAWR DR/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10 | Fifth Third Bank<br>»»  P/540 BRYN MAWR DR/1ST MTG | Mortgage Arrears | $4,173.43 | $0.00 | $0.00 |
| 11 | Fifth Third Bank<br>»»  PAYPAL CREDIT | Unsecured Creditors | $4,178.43 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIA'S SECRET UPLCC | Unsecured Creditors | $323.65 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BJS CONSUMER | Unsecured Creditors | $5,513.04 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-14200 / MBK**

| 14 | PNC Bank, N.A. | Unsecured Creditors | $8,599.62 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» SYNCHRONY/AMAZON | Unsecured Creditors | $1,090.71 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,635.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $515.00 |
| Paid to Trustee: | $382.12 | Arrearages: | $0.00 |
| Funds on Hand: | $4,252.88 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

