| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| McCABE, WEISBERG & CONWAY, LLC<br>By: Andrew M. Lubin, Esq. (Atty. I.D.#AL0814)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: Fifth Third Bank, National Association | Order Filed on March 1, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN re:<br><br>Tara Caravello<br>Salvatore Caravello, Jr.<br>  Debtors | Case No.: 21-14200-MBK<br>Chapter: 13<br>Judge: Michael B. Kaplan<br>Hearing: January 26, 2022<br>Time: 9:00 a.m. |

Recommended Local Form    ☒ Followed    ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: March 1, 2022**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Fifth Third Bank, National Association |
| Applicant's Counsel: | Andrew M. Lubin, Esq. |
| Property Involved ("Collateral") | 540 Bryn Mawr Drive, Brick, New Jersey 08723 |
| Relief Sought: | ☒ Motion for relief from the automatic stay |
| | ☐ Motion to dismiss |
| | ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings |

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for 4 months, from November 1, 2021 to February 1, 2022

    ☒ The Debtor is overdue for 4 payments at $2,166.88 per month.

    Total Arrearages Due: $8,667.52

2. Debtor must cure all post-petition arrearages, as follows:

    ☒ Beginning on March 1, 2022, regular monthly mortgage payment shall continue to be made in the amount of $2,166.88.

    ☒ The amount of $8,667.52 shall be capitalized in the debtor's Chapter 13 plan. The mortgagee's allowed secured claim shall be amended to include the capitalized post-petition payments listed in this Order to the Proof of Claim as filed. As a result of such capitalization, the Standing Chapter 13 Trustee shall adjust his/her records accordingly and make revised disbursements.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ☒ Immediate payment: Fifth Third Bank, National Association
    5001 Kingsley Drive
    Cincinnati, Ohio 45227-1114

    ☒ Regular monthly payment: Same as above

    ☒ Monthly cure payment: Same as above

4. In the event of Default:

    ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is

filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect. In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion. Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6. Award of Attorneys' Fees:

☒ The Applicant is awarded attorney fees of $500.00 and costs of 188.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 21-14200-MBK
Salvatore Caravello, Jr.   Chapter 13
Tara Caravello
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Mar 01, 2022      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Salvatore Caravello, Jr., Tara Caravello, 540 Bryn Mawr Drive, Brick, NJ 08723-5012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank National Association nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 01, 2022 | Form ID: pdf903 | Total Noticed: 1

William H. Oliver, Jr.
    on behalf of Debtor Salvatore Caravello Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

    on behalf of Joint Debtor Tara Caravello courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 7