Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21−14200−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Salvatore Caravello Jr. | Tara Caravello |
| 540 Bryn Mawr Drive | 540 Bryn Mawr Drive |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx−xx−2932                              xxx−xx−9602

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 31, 2022.

Dated: June 1, 2022
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14200-MBK |
| Salvatore Caravello, Jr. | Chapter 13 |
| Tara Caravello | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 01, 2022 | Form ID: plncf13 | Total Noticed: 64 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Salvatore Caravello, Jr., Tara Caravello, 540 Bryn Mawr Drive, Brick, NJ 08723-5012 |
| app | + | Charles Sweeney, Sea Girt Appraisal Services, POB 93, Sea Girt, NJ 08750-0093 |
| 519217002 | + | Comenity/BJS, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217024 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Jun 01 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Jun 01 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519219230 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | | Jun 01 2022 20:48:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519216988 | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Jun 01 2022 20:47:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519216989 | | Email/Text: ebnbankruptcy@ahm.honda.com | | |
| | | | Jun 01 2022 20:48:00 | American Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 519216990 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Jun 01 2022 20:47:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519216991 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Jun 01 2022 20:47:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519257584 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Jun 01 2022 20:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519216992 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 01 2022 21:00:06 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216993 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | | |
| | | | Jun 01 2022 21:00:10 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 519221837 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 01 2022 20:59:53 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519255308 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Jun 01 2022 21:00:08 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519244884 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Jun 01 2022 20:59:54 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0312-3                          User: admin                                    Page 2 of 4
Date Rcvd: Jun 01, 2022                       Form ID: plncf13                               Total Noticed: 64

| | | | |
|---|---|---|---|
| 519264968 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 21:00:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519216997 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 21:00:11 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519216996 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 21:00:12 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519216999 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 519216998 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519217001 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519217000 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217003 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217004 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | Comenity/MPRC, Po Box 182120, Columbus, OH 43218-2120 |
| 519217006 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519217005 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519217008 | + Email/Text: collectionbankruptcies.bancorp@53.com | Jun 01 2022 20:48:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519217007 | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 01 2022 20:48:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519266401 | + Email/Text: collectionbankruptcies.bancorp@53.com | Jun 01 2022 20:48:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 519217009 | + Email/Text: bankruptcy@firstelectronic.com | Jun 01 2022 20:48:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519217010 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 01 2022 20:48:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519217011 | + Email/Text: bankruptcy@greenskycredit.com | Jun 01 2022 20:47:00 | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 519217013 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2022 20:48:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519216994 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 01 2022 20:59:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519216995 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 01 2022 20:59:59 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519247029 | + Email/Text: RASEBN@raslg.com | Jun 01 2022 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519217014 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 01 2022 20:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519217015 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 01 2022 20:47:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519261200 | + Email/Text: bankruptcy@legacyvacationresorts.com | Jun 01 2022 20:48:00 | Legacy Vacation Club, 4700 Millenia Blvd, 6th Floor, Orlando, FL 32839-6021 |

District/off: 0312-3            User: admin            Page 3 of 4

Date Rcvd: Jun 01, 2022            Form ID: plncf13            Total Noticed: 64

| ID | | Method | Recipient |
|---|---|---|---|
| 519217017 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Jun 01 2022 20:48:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 519217018 | ^ | MEBN Jun 01 2022 20:46:37 | Nissan Motor Acceptance Corp/Infiniti, c/o Vital Recovery Services, LLC, PO Box 923747, Norcross, GA 30010-3747 |
| 519217016 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com Jun 01 2022 20:48:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519266215 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 01 2022 20:47:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519217021 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 01 2022 20:47:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519217022 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 01 2022 20:47:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519217019 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 01 2022 20:47:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519217020 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 01 2022 20:47:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519273452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2022 20:59:53 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519257522 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2022 20:59:54 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519267326 | | Email/Text: bnc-quantum@quantum3group.com Jun 01 2022 20:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519234397 | | Email/Text: bnc-quantum@quantum3group.com Jun 01 2022 20:48:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519267327 | | Email/Text: bnc-quantum@quantum3group.com Jun 01 2022 20:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519217023 | + | Email/Text: DeftBkr@santander.us Jun 01 2022 20:48:00 | Santander, PO Box 12646, Reading, PA 19612-2646 |
| 519217026 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 20:59:52 | Syncb/HSN, Po Box 965017, Orlando, FL 32896-5017 |
| 519217025 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 20:59:52 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519267315 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 21:00:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519218485 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 21:00:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519217027 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 20:59:52 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519217028 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 20:59:52 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519217029 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 21:00:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519217030 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 21:00:07 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519217031 | + | Email/PDF: gecsedi@recoverycorp.com Jun 01 2022 21:00:07 | Synchrony Bank/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519217012 | | Greensky Llc |
| 519261201 | *+ | Legacy Vacation Club, 4700 Millenia Blvd, 6th Floor, Orlando, FL 32839-6021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Salvatore Caravello  Jr. courtdocs@oliverandlegg.com, R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Joint Debtor Tara Caravello courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 8