| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**McCABE, WEISBERG & CONWAY, LLC**<br><br>**By: Andrew M. Lubin, Esq. (Atty. I.D.#AL0814)**<br><br>**216 Haddon Avenue, Suite 201**<br><br>**Westmont, NJ 08108**<br><br>**856-858-7080**<br><br>Attorneys for Movant: Fifth Third Bank, National Association |

| | |
|---|---|
| IN re:<br><br>Salvatore Caravello, Jr.<br>Tara Caravello<br>　　　Debtors | Case No.: 21-14200-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Christina Burns:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for Andrew M. Lubin, Esq., who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On January 19, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Status Change Form
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:　　January 19, 2023　　　　　　　　　　　　　　　　　　　　　　　　/s/ Christina Burns
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Salvatore Caravello, Jr.<br>540 Bryn Mawr Drive<br>Brick, New Jersey 08723<br><br>Tara Caravello<br>540 Bryn Mawr Drive<br>Brick, New Jersey 08723 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Robert Cameron Legg<br>Oliver & Legg<br>2240 Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Attorney for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, New Jersey 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Dept of justice<br>Office of the US Trustee<br>One Newark Cneter Ste 2100<br>Newark, New Jersey 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/16*