| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-14200 / MBK**

Salvatore Caravello, Jr.
Tara Caravello

Petition Filed Date: 05/20/2021
341 Hearing Date: 06/17/2021
Confirmation Date: 05/25/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2022 | $515.00 | 81874470 | 01/31/2022 | $515.00 | 82395870 | 03/02/2022 | $515.00 | 83080470 |
| 04/04/2022 | $515.00 | 83789420 | 05/03/2022 | $515.00 | 84442770 | 05/31/2022 | $515.00 | 84928040 |
| 07/05/2022 | $568.00 | 85624130 | 08/02/2022 | $568.00 | 86228770 | 09/06/2022 | $568.00 | 86894230 |
| 10/04/2022 | $568.00 | 87393600 | 11/02/2022 | $568.00 | 88031440 | 12/05/2022 | $568.00 | 88632030 |
| 01/06/2023 | $568.00 | 89243120 | 01/06/2023 | $568.00 | 89243120 | 01/06/2023 | ($568.00) | 89243120 |
| 02/06/2023 | $568.00 | 89806850 | 03/02/2023 | $568.00 | 90255750 | | | |

**Total Receipts for the Period: $8,202.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,807.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Salvatore Caravello, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»»  2021 HONDA PILOT/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT<br>»»  FIRST ELECTRONIC BANK | Unsecured Creditors | $3,005.29 | $0.00 | $3,005.29 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,072.51 | $0.00 | $3,072.51 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,740.68 | $0.00 | $2,740.68 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  2015 CHEVROLET SILVERADO CRAM/ORDER 12/10/21 | Debt Secured by Vehicle | $24,595.00 | $4,309.11 | $20,285.89 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GM/CAPITAL ONE | Unsecured Creditors | $269.48 | $0.00 | $269.48 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $2,563.10 | $0.00 | $2,563.10 |
| 8 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $597.54 | $0.00 | $597.54 |
| 9 | PNC Bank, N.A.<br>»»  P/540 BRYN MAWR DR/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10 | Fifth Third Bank<br>»»  P/540 BRYN MAWR DR/1ST MTG/ORDER 5/31/2022 | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | SYNCHRONY BANK<br>»»  PAYPAL CREDIT | Unsecured Creditors | $4,178.43 | $0.00 | $4,178.43 |

**Chapter 13 Case No. 21-14200 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIA'S SECRET UPLCC | Unsecured Creditors | $323.65 | $0.00 | $323.65 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BJS CONSUMER | Unsecured Creditors | $5,513.04 | $0.00 | $5,513.04 |
| 14 | PNC Bank, N.A. | Unsecured Creditors | $8,599.62 | $0.00 | $8,599.62 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $1,090.71 | $0.00 | $1,090.71 |
| 16 | CHARLES B SWEENEY<br>»»  APPRAISAL/ORDER 1/18/22 | Other Administrative Fees | $750.00 | $750.00 | $0.00 |
| 17 | Fifth Third Bank<br>»»  540 BRYN MAWR DRIVE/PP/ORDER 5/31/2022 | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 18 | Fifth Third Bank<br>»»  540 BRYN MAWR DRIVE/ORDER 5/31/2022 | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 19 | LEGACY VACATION CLUB<br>»»  TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»»  SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,807.00 | Plan Balance: | $21,637.00 ** |
| Paid to Claims: | $9,809.11 | Current Monthly Payment: | $568.00 |
| Paid to Trustee: | $943.69 | Arrearages: | $53.00 |
| Funds on Hand: | $1,054.20 | Total Plan Base: | $33,444.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.