Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 21-14200 / MBK**

Salvatore Caravello, Jr.  
Tara Caravello

Petition Filed Date: 05/20/2021  
341 Hearing Date: 06/17/2021  
Confirmation Date: 05/25/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2023 | $568.00 | 89243120 | 01/06/2023 | $568.00 | 89243120 | 01/06/2023 | ($568.00) | 89243120 |
| 02/06/2023 | $568.00 | 89806850 | 03/02/2023 | $568.00 | 90255750 | 04/03/2023 | $568.00 | 90853660 |
| 05/02/2023 | $568.00 | 91463560 | 06/05/2023 | $568.00 | 92073340 | 07/10/2023 | $568.00 | 92649210 |
| 08/02/2023 | $568.00 | 93066750 | 09/01/2023 | $568.00 | 93535890 | 10/03/2023 | $568.00 | 94060800 |
| 11/03/2023 | $568.00 | 94650470 | 12/06/2023 | $568.00 | 95202700 | | | |

**Total Receipts for the Period: $6,816.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,919.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Salvatore Caravello, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»»  2021 HONDA PILOT/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT<br>»»  FIRST ELECTRONIC BANK | Unsecured Creditors | $3,005.29 | $0.00 | $3,005.29 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,072.51 | $0.00 | $3,072.51 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,740.68 | $0.00 | $2,740.68 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»»  2015 CHEVROLET SILVERADO CRAM/ORDER 12/10/21 | Debt Secured by Vehicle | $24,595.00 | $9,567.63 | $15,027.37 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  GM/CAPITAL ONE | Unsecured Creditors | $269.48 | $0.00 | $269.48 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $2,563.10 | $0.00 | $2,563.10 |
| 8 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $597.54 | $0.00 | $597.54 |
| 9 | PNC Bank, N.A.<br>»»  P/540 BRYN MAWR DR/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10 | Fifth Third Bank<br>»»  P/540 BRYN MAWR DR/1ST MTG/ORDER 5/31/2022 | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»»  PAYPAL CREDIT | Unsecured Creditors | $4,178.43 | $0.00 | $4,178.43 |

**Chapter 13 Case No. 21-14200 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIA'S SECRET UPLCC | Unsecured Creditors | $323.65 | $0.00 | $323.65 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BJS CONSUMER | Unsecured Creditors | $5,513.04 | $0.00 | $5,513.04 |
| 14 | PNC Bank, N.A. | Unsecured Creditors | $8,599.62 | $0.00 | $8,599.62 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,090.71 | $0.00 | $1,090.71 |
| 16 | CHARLES B SWEENEY<br>»» APPRAISAL/ORDER 1/18/22 | Other Administrative Fees | $750.00 | $750.00 | $0.00 |
| 17 | Fifth Third Bank<br>»» 540 BRYN MAWR DRIVE/PP/ORDER 5/31/2022 | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 18 | Fifth Third Bank<br>»» 540 BRYN MAWR DRIVE/ORDER 5/31/2022 | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 19 | LEGACY VACATION CLUB<br>»» TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,919.00 | Plan Balance: | $16,525.00 ** |
| Paid to Claims: | $15,067.63 | Current Monthly Payment: | $568.00 |
| Paid to Trustee: | $1,330.51 | Arrearages: | $621.00 |
| Funds on Hand: | $520.86 | Total Plan Base: | $33,444.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.