# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| IN RE:<br>SALVATORE CARAVELLO, JR<br>AND TARA CARAVELLO<br>　　　　　　DEBTORS | CASE NO.  21-14200-MBK<br>CHAPTER 13 |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

　　Fifth Third Bank, National Association ("Movant"), by and through its legal counsel, hereby withdraws its NOTICE OF MORTGAGE PAYMENT CHANGE filed on February 2, 2024, via Claims Register, Claim Number 10.

This 23rd day of September, 2024.

　　　　　　　　　　　　　　　　　　　　/s/Matthew Fissel
　　　　　　　　　　　　　　　　　　　　Matthew Fissel, NJ Bar No. 038152012
　　　　　　　　　　　　　　　　　　　　Andrew Spivack, NJ Bar No. 018141999
　　　　　　　　　　　　　　　　　　　　Jay Jones, NJ Bar No. 972011
　　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　　BROCK & SCOTT, PLLC
　　　　　　　　　　　　　　　　　　　　3825 Forrestgate Drive
　　　　　　　　　　　　　　　　　　　　Winston Salem, NC 27103
　　　　　　　　　　　　　　　　　　　　Telephone: (844) 856-6646
　　　　　　　　　　　　　　　　　　　　Facsimile: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　E-Mail: NJBKR@brockandscott.com

23-20472 BKSUP04

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>23-20472 BKSUP04<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Fifth Third Bank, National Association | |
| In Re:<br><br>SALVATORE CARAVELLO, JR AND TARA CARAVELLO | Case No: 21-14200-MBK<br><br>Hearing Date: _____<br><br>Judge: MICHAEL B. KAPLAN<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Tanner Summers:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Fifth Third Bank, National Association in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On the undersigned date, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Withdrawal of Notice of Mortgage Payment Change

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 23, 2024                    /s/ *Tanner Summers*
                                                                Tanner Summers

23-20472 BKSUP04

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Salvatore Caravello, Jr<br>540 Bryn Mawr Drive<br>Brick, NJ 08723 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Tara Caravello<br>540 Bryn Mawr Drive<br>Brick, NJ 08723 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Robert Cameron Legg<br>2240 Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

23-20472 BKSUP04

| | | |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

23-20472 BKSUP04