Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14200−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Salvatore Caravello Jr.　　　　　　　　　Tara Caravello
540 Bryn Mawr Drive　　　　　　　　　　540 Bryn Mawr Drive
Brick, NJ 08723　　　　　　　　　　　　Brick, NJ 08723

Social Security No.:
xxx−xx−2932　　　　　　　　　　　　　　xxx−xx−9602

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 31, 2022.

On October 1, 2024 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:　　　　　　　November 13, 2024
Time:　　　　　　　10:00 AM
Location:　　　　　Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 1, 2024
JAN: wdr

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-14200-MBK

Salvatore Caravello, Jr.     Chapter 13

Tara Caravello

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4

Date Rcvd: Oct 01, 2024     Form ID: 185     Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Salvatore Caravello, Jr., Tara Caravello, 540 Bryn Mawr Drive, Brick, NJ 08723-5012 |
| app | + | Charles Sweeney, Sea Girt Appraisal Services, POB 93, Sea Girt, NJ 08750-0093 |
| 519217002 | + | Comenity/BJS, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217024 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519219230 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 01 2024 20:52:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519216988 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 01 2024 20:50:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519216989 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 01 2024 20:52:00 | American Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 519216990 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 01 2024 20:50:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519216991 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 01 2024 20:50:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519257584 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 01 2024 20:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519216992 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2024 21:04:53 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216993 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 01 2024 21:03:56 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 519221837 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 21:15:23 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519255308 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 01 2024 21:04:49 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519244884 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2024 21:03:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 21-14200-MBK    Doc 76    Filed 10/03/24    Entered 10/04/24 08:41:52    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: 185 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 519264968 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 21:05:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519216997 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 21:04:24 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519216996 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2024 21:15:14 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519216999 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 20:51:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 519216998 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 20:51:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519217001 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 20:51:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519217000 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 20:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217003 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 20:51:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217004 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 20:51:00 | Comenity/MPRC, Po Box 182120, Columbus, OH 43218-2120 |
| 519217006 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 20:51:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519217005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 01 2024 20:51:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519217008 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 01 2024 20:52:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519217007 | | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 01 2024 20:52:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519266401 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 01 2024 20:52:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 519217009 | + | Email/Text: bankruptcy@firstelectronic.com | Oct 01 2024 20:52:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519217010 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 01 2024 20:52:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519217011 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 01 2024 20:50:00 | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 519217013 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2024 20:51:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519216994 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 01 2024 21:03:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519216995 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 01 2024 21:15:28 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519247029 | + | Email/Text: RASEBN@raslg.com | Oct 01 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519217014 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 01 2024 20:50:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519217015 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 01 2024 20:50:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519261200 | + | Email/Text: bankruptcy@legacyvacationresorts.com | Oct 01 2024 20:52:00 | Legacy Vacation Club, 4700 Millenia Blvd, 6th Floor, Orlando, FL 32839-6021 |

Case 21-14200-MBK    Doc 76    Filed 10/03/24    Entered 10/04/24 08:41:52    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: 185 | Total Noticed: 63 |

| Recipient ID | Code | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 519217017 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 01 2024 20:51:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 519217018 | ^ | MEBN | Oct 01 2024 20:51:43 | Nissan Motor Acceptance Corp/Infiniti, c/o Vital Recovery Services, LLC, PO Box 923747, Norcross, GA 30010-3747 |
| 519217016 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 01 2024 20:51:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519266215 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2024 20:50:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519217021 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2024 20:50:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519217022 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2024 20:50:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519217019 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2024 20:50:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519217020 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2024 20:50:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519273452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2024 21:15:28 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519257522 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2024 21:15:15 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519267326 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2024 20:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519234397 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2024 20:52:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519267327 | | Email/Text: bnc-quantum@quantum3group.com | Oct 01 2024 20:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519217023 | + | Email/Text: DeftBkr@santander.us | Oct 01 2024 20:52:00 | Santander, PO Box 12646, Reading, PA 19612-2646 |
| 519217026 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:04:20 | Syncb/HSN, Po Box 965017, Orlando, FL 32896-5017 |
| 519217025 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:15:32 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519218485 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2024 21:04:53 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519217027 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:04:11 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519217028 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:04:33 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519217029 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:15:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519217030 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:04:03 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519217031 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2024 21:05:05 | Synchrony Bank/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 59

# BYPASSED RECIPIENTS

Case 21-14200-MBK    Doc 76    Filed 10/03/24    Entered 10/04/24 08:41:52    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 01, 2024 | Form ID: 185 | Total Noticed: 63 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519217012 | | Greensky Llc |
| 519261201 | *+ | Legacy Vacation Club, 4700 Millenia Blvd, 6th Floor, Orlando, FL 32839-6021 |
| 519267315 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Matthew K. Fissel | on behalf of Creditor Fifth Third Bank  National Association wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Joint Debtor Tara Caravello courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Salvatore Caravello  Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9