Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14200−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Salvatore Caravello Jr. | Tara Caravello |
| 540 Bryn Mawr Drive | 540 Bryn Mawr Drive |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
   xxx−xx−2932                              xxx−xx−9602

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 20, 2024.

Dated: November 20, 2024
JAN: wiq

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14200-MBK |
| Salvatore Caravello, Jr. | Chapter 13 |
| Tara Caravello | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 20, 2024 | Form ID: plncf13 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Salvatore Caravello, Jr., Tara Caravello, 540 Bryn Mawr Drive, Brick, NJ 08723-5012 |
| app | + | Charles Sweeney, Sea Girt Appraisal Services, POB 93, Sea Girt, NJ 08750-0093 |
| 519217024 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2024 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2024 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519219230 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 20 2024 21:03:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519216988 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 20 2024 21:01:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 519216989 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 20 2024 21:03:00 | American Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 519216990 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 20 2024 21:01:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519216991 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 20 2024 21:01:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519257584 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 20 2024 21:02:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519216992 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2024 21:14:59 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216993 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 20 2024 21:14:44 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 519221837 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2024 21:15:28 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519255308 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2024 21:15:27 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519244884 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 20 2024 21:14:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519264968 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 21-14200-MBK    Doc 81    Filed 11/22/24    Entered 11/23/24 00:18:09    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: plncf13 | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| | | Nov 20 2024 21:14:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519216997 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 20 2024 21:14:38 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519216996 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 20 2024 21:14:58 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519216999 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 519216998 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 519217001 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 519217000 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217002 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | Comenity/BJS, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217003 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519217004 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | Comenity/MPRC, Po Box 182120, Columbus, OH 43218-2120 |
| 519217006 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 519217005 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Nov 20 2024 21:02:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519217008 | + Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Nov 20 2024 21:03:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 519217007 | Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Nov 20 2024 21:03:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCSB3E 1830 E Paris Ave SE, Grand Rapids, MI 49546 |
| 519266401 | + Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Nov 20 2024 21:03:00 | Fifth Third Bank, N.A., 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 519217009 | + Email/Text: bankruptcy@firstelectronic.com | | |
| | | Nov 20 2024 21:03:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519217010 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | Nov 20 2024 21:03:00 | First Electronic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 519217011 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Nov 20 2024 21:01:00 | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 519217013 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Nov 20 2024 21:02:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519216994 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Nov 20 2024 21:00:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519216995 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Nov 20 2024 21:14:44 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 519247029 | + Email/Text: RASEBN@raslg.com | | |
| | | Nov 20 2024 21:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519217014 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 20 2024 21:01:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519217015 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 20 2024 21:01:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: plncf13 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 519261200 | + | Email/Text: bankruptcy@legacyvacationresorts.com | Nov 20 2024 21:03:00 | Legacy Vacation Club, 4700 Millenia Blvd, 6th Floor, Orlando, FL 32839-6021 |
| 519217017 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 20 2024 21:02:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 519217018 | ^ | MEBN | Nov 20 2024 20:55:33 | Nissan Motor Acceptance Corp/Infiniti, c/o Vital Recovery Services, LLC, PO Box 923747, Norcross, GA 30010-3747 |
| 519217016 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 20 2024 21:02:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519266215 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2024 21:01:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519217021 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2024 21:01:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519217022 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2024 21:01:00 | PNC Mortgage, Po Box 8703, Dayton, OH 45401 |
| 519217019 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2024 21:01:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 519217020 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 20 2024 21:01:00 | Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 519273452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 21:14:33 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519257522 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 21:00:35 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519267326 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 21:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519234397 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 21:03:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519267327 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 21:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519217023 | + | Email/Text: DeftBkr@santander.us | Nov 20 2024 21:03:00 | Santander, PO Box 12646, Reading, PA 19612-2646 |
| 519217026 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 21:15:28 | Syncb/HSN, Po Box 965017, Orlando, FL 32896-5017 |
| 519217025 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 21:15:29 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519218485 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 20 2024 21:14:45 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519217027 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 21:15:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519217028 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 21:15:27 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519217029 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 21:15:09 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519217030 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 21:00:30 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519217031 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 21:15:05 | Synchrony Bank/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 60

Case 21-14200-MBK    Doc 81    Filed 11/22/24    Entered 11/23/24 00:18:09    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: plncf13 | Total Noticed: 63 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519217012 | | Greensky Llc |
| 519261201 | *+ | Legacy Vacation Club, 4700 Millenia Blvd, 6th Floor, Orlando, FL 32839-6021 |
| 519267315 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Matthew K. Fissel | on behalf of Creditor Fifth Third Bank  National Association wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Joint Debtor Tara Caravello courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Salvatore Caravello  Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9