| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1** | Order Filed on May 15, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorneys for Debtor<br>courtdocs@oliverandlegg.com | |
| In Re:<br><br>Salvatore Caravello, Jr.<br>Tara Caravello<br><br>                                    Debtors | Case No.:  21-14200<br><br>Chapter: 13<br><br>Judge:  MBK |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED.**

**DATED: May 15, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $900.00 for services rendered. The allowance is payable through the Chapter 13 Plan as an administrative priority.

The Debtor's monthly plan is to remain at the confirmed payment of $617.00 per month, beginning November 1, 2024, for the remaining nineteen (19) months as per the order regarding Trustee's Motion to Dismiss issued November 20, 2024.