UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank

In Re:

 Salvator Caravello, Jr. & Tara Caravello,

 Debtors.

| | |
|---|---|
| Case No.: | 21-14200-MBK |
| Chapter: | 13 |
| Hearing Date: | 10/29/2025 |
| Judge: | Kaplan |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion for Relief from Stay re: 540 Bryn Mawr Drive, Brick, NJ (Docket # 88)

Date: 10/10/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*