UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

23-20472 BKMFR03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Fifth Third Bank, National Association

Order Filed on November 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SALVATORE CARAVELLO, JR AND TARA CARAVELLO

Case No: 21-14200-MBK

Hearing Date: October 29, 2025

Judge: MICHAEL B KAPLAN

Chapter: 13

Recommended Local Form     ☐ Followed     ☒ Modified

# ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through e (5) is **ORDERED**.

DATED: November 3, 2025

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Fifth Third Bank, National Association |
| Applicant's Counsel: | Kimberly A. Wilson, Esquire, Brock & Scott, PLLC |
| Debtors' Counsel: | Robert Cameron Legg, Oliver & Legg, Esquire |
| Property Involved ("Collateral"): | 540 Bryn Mawr Dr, Brick, NJ 08723 |

Relief sought:  ☒  Motion for relief from the automatic stay

☐  Motion to dismiss

☐  Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtors' future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

    ☒  The Debtors are overdue for 5 months, from June 1, 2025 to October 1, 2025.

    ☒  The Debtors are overdue for 3 payments at $1,907.87 per month, for 2 payments at $1,954.96 per month.

    ☐  The Debtors are assessed for _____ late charges at $_____ per month.

    ☐  Applicant acknowledges receipt of funds in the amount of $ _____ received after the motion was filed.

    ☒  There is currently $0.02 being held in Debtors' suspense account

    **Total Arrearages Due: $9,633.51**

2.  Debtors must cure all post-petition arrearages, as follows:

    ☒  The arrears in the amount of $9,633.51 and any additional arrears that become due as a result of the Forbearance Agreement for months November 1, 2025 through January 1, 2026 will not be collected at this time.  Creditor is providing opportunity for Debtors to cure arrears with funds available through a hardship assistance program.  Once the forbearance period ends on January 31, 2026, Debtors must submit all new hardship documents for loss mitigation review for permanent workout options.

    ☒  Debtors must complete and receive approval of hardship assistance within six (6) months of entry of this Order.

    ☐  Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

3. Payments to the Applicant shall be made to the following address:

☐ Immediate payment: _____

☒ Regular monthly payment:  Fifth Third Bank
PO BOX 637640
Cincinnati, OH 45263-7640

☐ Monthly cure payment: _____

4. In the event of Default:

☒ If the Debtors fail to submit new hardship documents for review at the end of the forbearance period or fail to receive approval of hardship assistance within six (6) months of the entry of this Order by the Court, or fail to otherwise bring the post-petition mortgage account current, then the Applicant may obtain an Order Vacating, terminating, and/or annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

☒ If the bankruptcy case is dismissed or converted, this Agreement is void and the instant bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

    ☒ The Applicant is awarded attorney fees of $500.00, and costs of $199.00.

        The fees and costs are payable:

        ☒ through the Chapter 13 plan.

        ☐ to the Applicant within _____ days.

    ☐ Attorneys' fees are not awarded.

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-14200-MBK
Salvatore Caravello, Jr.  Chapter 13
Tara Caravello
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Nov 03, 2025  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Salvatore Caravello, Jr., Tara Caravello, 540 Bryn Mawr Drive, Brick, NJ 08723-5012

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew L. Spivack
    on behalf of Creditor Fifth Third Bank  National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew M. Lubin
    on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Denise E. Carlon
    on behalf of Creditor PNC Bank  National Association dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kimberly A. Wilson

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Nov 03, 2025     Form ID: pdf903     Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Fifth Third Bank  National Association kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Marisa Myers Cohen | on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Robert Cameron Legg | on behalf of Joint Debtor Tara Caravello courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Salvatore Caravello  Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10