UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                    CASE NO.: 21-14200
                                                          CHAPTER 13
Salvatore Caravello, Jr.,
   Debtor.

Tara Caravello,
   Joint Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Cory Woerner
    Cory Woerner
    Email: cwoerner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SALVATORE CARAVELLO, JR.
540 BRYN MAWR DRIVE
BRICK, NJ 08723

TARA CARAVELLO
540 BRYN MAWR DRIVE
BRICK, NJ 08723

And via electronic mail to:

OLIVER & LEGG
2240 HIGHWAY 33
SUITE 112
NEPTUNE, NJ 07753


ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Amber Matas