Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 21-14200 / MBK**

Salvatore Caravello, Jr.
Tara Caravello

Petition Filed Date: 05/20/2021
341 Hearing Date: 06/17/2021
Confirmation Date: 05/25/2022

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2025 | $617.00 | 10146014 | 02/12/2025 | $617.00 | I1M86JFWVG- | 03/03/2025 | $617.00 | I1M4GXT0RX-I |
| 04/01/2025 | $617.00 | I1VWGGT78B- | 05/05/2025 | $617.00 | I13JGJT9F8-PI | 05/21/2025 | $500.00 | 19683387782 |
| 06/03/2025 | $617.00 | I1XJL1G1XV-P | 06/12/2025 | ($500.00) | 19683387782 | 07/02/2025 | $617.00 | I19ZL7ZJ1X-PI |
| 08/08/2025 | $617.00 | I1PVFDVM2F-I | 09/03/2025 | $617.00 | I1P4FG26Q6-F | 10/06/2025 | $617.00 | I1N4FZ38C9-P |
| 11/04/2025 | $617.00 | I124SPV0VL-P | 12/08/2025 | $617.00 | I114SSGD1B-F | 01/12/2026 | $766.00 | I859CBGSSP-I |
| 02/02/2026 | $766.00 | I85TCT8S92-P | | | | | | |

**Total Receipts for the Period:  $8,936.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $32,171.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Salvatore Caravello, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2021 HONDA PILOT/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT<br>»» FIRST ELECTRONIC BANK | Unsecured Creditors | $3,005.29 | $0.00 | $3,005.29 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,072.51 | $0.00 | $3,072.51 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $2,740.68 | $0.00 | $2,740.68 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 2015 CHEVROLET SILVERADO/ORDER 12/10/2 | Debt Secured by Vehicle | $24,595.00 | $20,425.77 | $4,169.23 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» GM/CAPITAL ONE | Unsecured Creditors | $269.48 | $0.00 | $269.48 |
| 7 | BANK OF AMERICA | Unsecured Creditors | $2,563.10 | $0.00 | $2,563.10 |
| 8 | CITIBANK, N.A.<br>»» HOME DEPOT | Unsecured Creditors | $597.54 | $0.00 | $597.54 |
| 9 | PNC Bank, N.A.<br>»» P/540 BRYN MAWR DR/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 10 | NewRez LLC<br>»» P/540 BRYN MAWR DR/1ST MTG/ORDER 5/31/22/FIFTH THIRD | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 11 | SYNCHRONY BANK BY AIS INFOSOURCE LP<br>»» PAYPAL CREDIT | Unsecured Creditors | $4,178.43 | $0.00 | $4,178.43 |

**Chapter 13 Case No. 21-14200 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 12 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIA'S SECRET UPLCC | Unsecured Creditors | $323.65 | $0.00 | $323.65 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BJS CONSUMER | Unsecured Creditors | $5,513.04 | $0.00 | $5,513.04 |
| 14 | PNC Bank, N.A. | Unsecured Creditors | $8,599.62 | $0.00 | $8,599.62 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,090.71 | $0.00 | $1,090.71 |
| 16 | CHARLES B SWEENEY<br>»» APPRAISAL/ORDER 1/18/22 | Other Administrative Fees | $750.00 | $750.00 | $0.00 |
| 17 | NewRez LLC<br>»» 540 BRYN MAWR DRIVE/PP/ORDER 5/31/2022/FIFTH THIRD | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 18 | NewRez LLC<br>»» 540 BRYN MAWR DRIVE/ORDER 5/31/2022/FIFTH THIRD | Mortgage Arrears<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 19 | LEGACY VACATION CLUB<br>»» TIMESHARE | Secured Creditors<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» SUB OF ATTY 9/30/22/ORDER 12/15/25 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ORDER 5/15/25 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 20 | NewRez LLC<br>»» 540 BRYN MAWR DR/ATTY FEES 11/3/25/FIFTH THIRD | Mortgage Arrears | $699.00 | $699.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,171.00 | Plan Balance: | $3,268.00 ** |
| Paid to Claims: | $28,324.77 | Current Monthly Payment: | $766.00 |
| Paid to Trustee: | $2,427.59 | Arrearages: | $49.00 |
| Funds on Hand: | $1,418.64 | Total Plan Base: | $35,439.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**