Form ntcfncurv – ntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21–14200–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Salvatore Caravello Jr. | Tara Caravello |
| 540 Bryn Mawr Drive | 540 Bryn Mawr Drive |
| Brick, NJ 08723 | Brick, NJ 08723 |

Social Security No.:
  xxx–xx–2932                                    xxx–xx–9602

Employer's Tax I.D. No.:

---

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

TO: <u>Salvatore Caravello Jr. and Tara Caravello</u>
      Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: July 29, 2026
JAN: mrg

<u>Jeanne Naughton, Clerk</u>