Form ntcfncurv − ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−14200−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Salvatore Caravello Jr.
540 Bryn Mawr Drive
Brick, NJ 08723

Tara Caravello
540 Bryn Mawr Drive
Brick, NJ 08723

Social Security No.:
xxx−xx−2932

xxx−xx−9602

Employer's Tax I.D. No.:

### NOTICE OF RESPONSE TO TRUSTEE'S
### NOTICE OF DISBURSEMENTS MADE

TO: <u>Salvatore Caravello Jr. and Tara Caravello</u>
Debtor(s)

You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 29, 2026
JAN: mrg

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-14200-MBK

Salvatore Caravello, Jr.                                                                  Chapter 13

Tara Caravello

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                              Page 1 of 2

Date Rcvd: Jul 29, 2026                         Form ID: ntcfncur                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

**Recip ID**              **Recipient Name and Address**
db/jdb                +  Salvatore Caravello, Jr., Tara Caravello, 540 Bryn Mawr Drive, Brick, NJ 08723-5012

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

Albert Russo

                            docs@russotrustee.com

Albert Russo

                            on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew L. Spivack

                            on behalf of Creditor Fifth Third Bank  National Association andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew M. Lubin

                            on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, alubin@mwc-law.com

Cory Francis Woerner

                            on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwoerner@raslg.com

Cory Francis Woerner

                            on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwoerner@raslg.com

District/off: 0312-3        User: admin        Page 2 of 2

Date Rcvd: Jul 29, 2026        Form ID: ntcfncur        Total Noticed: 1

Kimberly A. Wilson

on behalf of Creditor Fifth Third Bank  National Association kimberly.wilson@brockandscott.com, wbecf@brockandscott.com

Marisa Myers Cohen

on behalf of Creditor Fifth Third Bank  National Association nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Matthew K. Fissel

on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Robert Cameron Legg

on behalf of Debtor Salvatore Caravello  Jr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

Robert Cameron Legg

on behalf of Joint Debtor Tara Caravello courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vincent Alexander Aprile

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing vaprile@raslg.com

TOTAL: 13